AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| UNITED STATES SPECIALTY SPORTS ASSOCIATION, INC. <br><br> *Plaintiff(s)* <br> v. <br> DENNIS SHOEMAKER, D/B/A UNITED STATES OF AMERICA AMATEUR ATHLETES, DENNIS SHOEMAKER, INDIVIDUALLY <br><br> *Defendant(s)* | Civil Action No. 1:16cv247 LG-RHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENNIS SHOEMAKER, D/B/A UNITED STATES OF AMERICA
AMATEUR ATHLETES
147 ASHTON DRIVE
LUCEDALE, MISSISSIPPI 39452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James G. Wyly, III, Esq. and Adam B. Harris, Esq.
PHELPS DUNBAR LLP
2602 13th Street, Suite 300, Gulfport, MS 39501, 228-679-1130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 7-1-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| UNITED STATES SPECIALTY SPORTS ASSOCIATION, INC. <br><br> *Plaintiff(s)* <br> v. <br> DENNIS SHOEMAKER, D/B/A UNITED STATES OF AMERICA AMATEUR ATHLETES, DENNIS SHOEMAKER, INDIVIDUALLY <br><br> *Defendant(s)* | Civil Action No. 1:16cv247 LG-RHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENNIS SHOEMAKER, INDIVIDUALLY
147 ASHTON DRIVE
LUCEDALE, MISSISSIPPI 39452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James G. Wyly, III, Esq. and Adam B. Harris, Esq.
PHELPS DUNBAR LLP
2602 13th Street, Suite 300, Gulfport, MS 39501, 228-679-1130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 7-1-16

*Signature of Clerk or Deputy Clerk*